UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOSEPH SALAZAR, | No. 2:20-cv-1000 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se and in forma pauperis, seeks habeas corpus relief pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 12, 2021, the court issued an order directing counsel for respondent to file brief quarterly reports regarding the status of petitioner's ongoing San Joaquin County Superior Court matter. See ECF No. 18. On June 21, 2021, counsel for respondent filed a status report and noted that respondent is not a party to petitioner's pending county action. ECF No. 19. Respondent also contended that the order to file status reports is effectively a stay of these proceedings. See id. at 1.

    Good cause appearing, the court will amend its April 2021 order to require petitioner rather than respondent to file ninety-day status reports on the San Joaquin County case. The court also notes that there has been no stay of this case. Respondent's motion to dismiss (ECF No. 11)

1

is submitted for decision, petitioner's time to file an opposition having passed. The court will rule on the motion in due course.

Accordingly, IT IS HEREBY ORDERED that the court's order, issued April 12, 2021 (ECF No. 18), is AMENDED as follows:

1. Starting from the date of this order, petitioner shall file brief reports with the court in ninety-day intervals regarding the status of the proceedings in the San Joaquin County Superior Court matter, Case No. STK-CR-FECOD-2016-0005113;

2. Counsel for respondent need not file additional status reports; and

3. Within fourteen days of a dispositive order issuing in the San Joaquin County Superior Court matter, petitioner shall notify this court and file a copy of the state court order.

DATED: July 19, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE