UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOSEPH SALAZAR, | No. 2:20-cv-1000 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Petitioner has a matter related to his sentencing currently pending in San Joaquin County Superior Court.[1] See ECF No. 13-2. On July 19, 2021, the court ordered petitioner to file status reports at regular, ninety-day intervals regarding the status of the state court proceedings. ECF No. 20. More than ninety days have passed, and petitioner has not filed the required status report.

////
////
////

---

[1] The San Joaquin County Superior Court case number is: STK-CR FECOD-2015-0005113.

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall file a brief status report which informs the court of the stage of the proceedings in San Joaquin Superior Court matter STK-CR FECOD-2015-0005113.

Petitioner is warned that failure to comply with the court's orders in a timely manner may result in a recommendation that this action be dismissed.

DATED: November 16, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE