UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOSEPH SALAZAR, | No. 2:20-cv-1000 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 19, 2021, the Court ordered petitioner to begin filing brief status reports with the court at ninety-day intervals regarding the status of the proceedings in his San Joaquin County Superior Court Case No. STK-CR-FECOD-2016-0005113. See ECF No. 20. Petitioner failed to do so. Consequently, on November 16, 2021, once again, the Court ordered Petitioner to file a status report on the county case and to do so within fourteen days. See ECF No. 21.

    To date, Petitioner has failed to comply with either of the Court's orders, nor has he responded to them in any way. Therefore, Petitioner will be ordered to show cause why the undersigned should not recommend that this action be dismissed for failure to obey court orders. See Fed. R. Civ. P. 41(b); see also L.R. 110.

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, Petitioner shall show cause why this action should not be dismissed for failure to obey court orders. See Fed. R. Civ. P. 41(b); see also L.R. 110.

Petitioner is warned that failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: January 14, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2